UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE QUAILES, <br> DONALD WAYNE QUAILES AND <br> NATASHA QUAILES <br><br> Plaintiffs <br><br> V. <br><br> COOPER TIRE & RUBBER COMPANY <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br> CIVIL ACTION NO. 05-531 <br><br><br><br><br> JURY |

**PLAINTIFFS' EXPERT DESIGNATION PURSUANT TO RULE 26(a)(2)(B) F.R.C.P.**

COME NOW, Maria Guadalupe Quailes, Donald Wayne Quailes and Natasha Quailes, Plaintiffs in the above styled and numbered cause and files this their Plaintiffs' Designation of Expert Witnesses and pursuant to the Scheduling Order entered by this Honorable Court and the Joint Stipulation and in support thereof Plaintiffs respectfully offer the following:

1.   The Scheduling Order requires experts to be designated by June 21, 2006. All parties have agreed by written stipulation to extend the expert deadline until Tuesday, July 25, 2006.

2.   Pursuant to Paragraph 7 of the aforementioned Scheduling Order and the parties' stipulation, Plaintiffs designate the following testifying experts:

**Name:**      James Lock

**Address:**   Collision Research Associates

2700 Earl Rudder Freeway South, Suite 4500

College Station, Texas 77845

| | |
|---|---|
| **Telephone:** | 979/696-6531 |
| **Opinions and Conclusions:** | Plaintiffs incorporate the expert opinion of James Lock (attached hereto as Exhibit "1" are his Expert Report (1612-003163/3175), Curriculum Vitae (1612-003176/3188), Fee Schedule (1612-003189) and Testimony List for James R. Lock (1612-003457/3478), which contains a synopsis of the opinions and conclusions of Mr. Lock. Plaintiffs further incorporate the deposition testimony of James Lock, which will be given in this cause. Mr. Lock's entire fire including the documents, which he reviewed in arriving at his opinions, is available for inspection and copying at a mutually convenient time and location and is incorporated herein by reference. |
| **Name:** | Troy Cottles |
| **Address:** | Tire Failure Analyst and Design Consultant |
| | 25884 Katpaugh Lane |
| | Toney, Alabama 35773 |
| **Telephone:** | 256/423-8338 |
| **Opinions and Conclusions:** | Plaintiffs incorporate the expert opinion of Troy Cottles (attached hereto as Exhibit "2" are his Expert Report (1612-003479/3505), Curriculum Vitae (1612-003506/3508), Fee Schedule (1612-003509) and Deposition Testimony History (1612-003511), which contains a |

synopsis of the opinions and conclusions of Mr. Cottles. Plaintiffs further incorporate the deposition testimony of Troy Cottles, which will be given in this cause. Mr. Cottles' entire fire including the documents, which he reviewed in arriving at his opinions, is available for inspection and copying at a mutually convenient time and location and is incorporated herein by reference.

## MEDICAL PROVIDERS

3. The following persons may be called to testify in their expert capacity regarding the medical care and treatment rendered to Plaintiffs. These persons are being listed as expert witnesses, however, they have not been retained by Plaintiffs in this cause and as such are not under the control of Plaintiffs. The general subject matter of these experts' opinions is as follows: nature and degree of Plaintiffs' mental and physical injuries, manner of injury and care provided, prognosis, authenticity of records, and reasonableness and necessity of treatment and charges therefor. The bases for these experts' opinions include, but are not limited, medical records available to all parties and physical and mental examinations of the plaintiffs. In reaching their opinions that they may give at trial or upon deposition, it is presumed that these experts will rely not only on the medical records, but also their education, training and experience, medical texts, and relevant scientific and medical literature. Those persons are as follows:

    a.    Department of Veterans Affairs

        and/or its doctors, nurses, technicians, employees, representatives, agents and/or custodian of records

        2101 South Colonel Rowe Boulevard

        McAllen, Texas 78503

        956/618-7100

b.    Nuestra Clinica Del Valle

        and/or its doctors, nurses, technicians, employees, representatives, agents

        and/or custodian of records

        801 W. 1st Street

        San Juan, Texas 78589

        956/787-2021

c.    Neurology & Neurophysiology Center

        and/or its doctors, nurses, technicians, employees, representatives, agents

        and/or custodian of records

        Zuka Khabbazeh, M.D.

        4417 N. McColl Road

        McAllen, Texas 78504

        956/664-1999

d.    Family Practice Center

        and/or its doctors, nurses, technicians, employees, representatives, agents

        and/or custodian of records

        Manuel Sanchez, M.D.

        501 North Ware Road

        McAllen, Texas 78501

        956/687-8531

    e.    Jackson Imaging Center

        and/or its doctors, nurses, technicians, employees, representatives, agents

        and/or custodian of records

        Chassan Hammami, M.D.

        Jackson Village

        5416-A South Jackson Road

        Edinburg, Texas 78539

        956/687-4944

    f.    Dr. Ruben Salinas

        and/or its doctors, nurses, technicians, employees, representatives, agents

        and/or custodian of records

        5513 N. McColl Road

        McAllen, Texas 78504

        956/994-1000

    g.    Dr. Norma Iglesias & Associates

        and/or its doctors, nurses, technicians, employees, agents, representatives

        and/or custodian of records

        Iglesias Plaza

        712 S. Cage

        Pharr, Texas 78577

        956/783-1900

    h.    Pain Management

           and/or its doctors, nurses, technicians, employees, representatives, agents and/or custodian of records

           Rashid Shamid, M.D.

           801 Nolana Loop

           McAllen, Texas 78504

           956/687-8120

    i.    Keith Norvill, D.O.

           Crossroads Neurosurgical Associates

           and/or its doctors, nurses, technicians, employees, representatives, agents and/or custodian of records

           2700 Citizens Plaza, Suite 200

           Victoria, Texas 77903-4350

           361/574-1511

    j.    Miguel A. Hernandez, M.D.

           McAllen Bone & Joint Clinic, P.A.

           and/or its doctors, nurses, technicians, employees, representatives, agents and/or custodian of records

           Orange Medical Plaza

           1421-A N. 2nd Street

           McAllen, Texas 78501

           956/618-4414

k.  Jumar Apolinario, M.D.

Valley PM&R Specialists, P.A.

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

1200 E. Savannah, Suite 10

McAllen, Texas 78503

956/668-9900

l.  Oscar A. Alvarez, M.D.

South Texas Gastroenterology Associates

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

5525 Doctors Drive

Edinburg, Texas 78539

956/682-4800

m.  Ana C. Posada, M.D.

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

801 E. Nolana, Suite 9

McAllen, Texas 78504

n.  McAllen Medical Center

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

301 West Expressway 83

McAllen, Texas 78503

956/632-4000

o.  Dr. Derrick Garrett

Citizens Medical Center

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

2701 Hospital Drive

Victoria, Texas 77901

361/572-5117

p.  Juan Aguilera, M.D.

Pharr Children's Day & Night Clinic

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

807 N. Cage

Pharr, Texas 78577

956/782-7993

q. Mike Sweeney, M.D.

Renaissance Orthopaedics

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

512 East Dove

McAllen, Texas 78501

956/664-2600

r. James B. Giles, M.D.

Orthopaedic Associates

and/or its doctors, nurses, technicians, employees, representatives, agents

and/or custodian of records

2700 E. 29th Street, Suite 100

Bryan, Texas 77802

979/731-8888

s. Regional Medical Laboratory

and/or its doctors, nurses, technicians, employees, agents, representatives

and/or custodian of records

2710 Hospital Drive #106

Victoria, Texas 77901

361/575-0636

800/333-9107

    t.    Citizens Medical Center

         and/or its doctors, nurses, technicians, employees, agents, representatives

         and/or custodian of records

         2701 Hospital Drive

         Victoria, Texas 77901

         361/573-9181

    u.    Victoria Radiology Associates

         and/or its doctors, nurses, technicians, employees, agents, representatives

         and/or custodian of records

         P.O. Box 3610

         Victoria, Texas 77903

         361/578-0317

    v.    Victoria Anesthesiology Associates

         and/or its doctors, nurses, technicians, employees, agents, representatives

         and/or custodian of records

         1501 East Mockingbird Lane, Suite 220

         Victoria, Texas 77904

         361/573-2481

w.  VIP Home Health Care

and/or its doctors, nurses, technicians, employees, agents, representatives and/or custodian of records

200 Sam Houston Avenue

Pharr, Texas 78577

956/787-5999

x.  Diego Rodriguez, M.D.

and/or his doctors, nurses, technicians, employees, agents, representatives and/or custodian of records

801 East Nolana Street, Suite 9

McAllen, Texas 78504

956/687-8000

y.  Cardiovascular Consultants

and/or its doctors, nurses, technicians, employees, agents, representatives and/or custodian of records

1801 South 5th Street, Suite 130

McAllen, Texas 78503

956/687-7863

z.  Maria A. Macias, M.D.

and/or its doctors, nurses, technicians, employees, agents, representatives

and/or custodian of records

1801 South 5th Street, Suite 211

McAllen, Texas 78503

956/686-4824

aa. Audie L. Murphy Memorial Veterans Hospital

and/or its doctors, nurses, technicians, employees, agents, representatives

and/or custodian of records

7400 Merton Minter Boulevard

San Antonio, Texas 78229

bb. Lionel Rangel, M.D.

and/or its doctors, nurses, technicians, employees, agents, representatives

and/or custodian of records

Knapp Medical Plaza

1330 E. 6th Street, Suite 305

Weslaco, Texas 78596

956/968-9596

    cc.    Intermedix

           and/or its doctors, nurses, technicians, employees, agents, representatives

           and/or custodian of records

           P.O. Box 940249

           Houston, Texas 77094

           281/398-8999

    dd.    Radiology Associates

           and/or its doctors, nurses, technicians, employees, agents, representatives

           and/or custodian of records

           3560 Delaware, Suite 209

           Beaumont, Texas 77706

           409/899-3682

**SCENE RESPONDERS/OFFICIALS/INVESTIGATORS/MEDICAL EXAMINER**

4.    The following persons may be called to testify in their expert capacity regarding the investigation of the accident in question and the treatment rendered to Plaintiffs. These persons are being listed as expert witnesses, however, they have not been retained by Plaintiffs in this cause and as such are not under the control of Plaintiffs. Plaintiffs may call to testify as expert witnesses in this cause, any and all custodians of records for any and all individuals or entities identified in any discovery response, depositions, or documents produced during discovery, including the custodians of records for those individuals or entities identified above, who may be called to testify regarding the authenticity of any and all such records and the amount and reasonableness of any charges reflected in such records, whose records will serve as their reports. Those persons are as follows:

| | |
|---|---|
| **Name:** | Trooper Anthony Owens |
| **Address:** | Texas Department of Public Safety |
| | Victoria, Texas 77901 |
| | 361/578-2771 |
| | |
| **Name(s):** | Larry West, EMT |
| | Jonathan Martin, EMT |
| **Address:** | Victoria Fire Department |
| | 606 E. Goodwin |
| | Victoria, Texas 77901 |
| | |
| **Name(s):** | Keith Leali, Dale Schimmoeller, Dennis Powell, Richard Stephens, and Dewey Beach |
| **Address:** | by and through Cooper Tire & Rubber Company and its attorney of record. |

Plaintiffs will also call present and former Cooper employees and other witnesses yet to be identified by Cooper in response to Plaintiffs' discovery requests.  The above listed employees of Cooper Tire & Rubber Company are some of the persons within the Cooper organization who have information relevant to the subject matter of this suit (*i.e.* the tire). These Cooper employees (former and present) have been deposed in other litigation against Cooper, and Plaintiffs intend to rely upon such depositions and other discovery herein (and offer evidence from these other depositions for the trial of this case).

5.      Plaintiffs may call to testify as expert witnesses in this cause, any and all custodians of records for any and all individuals or entities identified in any discovery response, depositions, or documents produced during discovery, including the custodians of records for those individuals or entities identified above, who may be called to testify regarding the authenticity of any and all such records and the amount and reasonableness of any charges reflected in such records, whose records will serve as their reports.

## CROSS-DESIGNATION OF EXPERTS

6.      Plaintiffs hereby cross-designate and state that they may call any expert identified or designated by an adverse party or an employee or representative of an adverse party to elicit expert opinions subject to any objections Plaintiffs make concerning the designation of such experts, and the admissibility of their opinions.

7.      Plaintiffs reserve the right to elicit opinion testimony, either through direct examination or cross-examination, of all witnesses designated or identified by any party. Plaintiffs reserve the right to call unidentified rebuttal witnesses, whose testimony cannot be predicted at this time to offer opinion testimony in response to opinions offered by witnesses of any party.  Any fact witnesses designated by Plaintiffs may offer lay opinions regarding matters within their knowledge.

8.      Plaintiffs expressly reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert only, who cannot be called by opposing counsel.

9. This designation shall serve to supplement any Answers to Interrogatories, Responses to Request for Production and Responses to Requests for Disclosure as propounded by any Defendants.

        Respectfully submitted,

        s/Roger S. Braugh, Jr.
          Roger S. Braugh, Jr.
          State Bar No. 00796244
          Federal I.D. No. 21326
          SICO, WHITE & BRAUGH, L.L.P
          802 N. Carancahua, Ste. 900
          Corpus Christi, TX 78470
          Phone: (361) 653-3300
          Fax:   (361) 653-3333

        **ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:

Brantley W. White
State Bar No. 00789722
Federal I.D. No. 22400
L. Matthew Dotin
State Bar No. 00796481
Federal I.D. No. 37835
Craig M. Sico
State Bar I.D. No. 18339850
Federal I.D. No. 13540
SICO, WHITE & BRAUGH, L.L.P.
802 N. Carancahua, Ste. 900
Corpus Christi, TX 78470
Phone: (361) 653-3300
Fax:   (361) 653-3333

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served on all parties in compliance with the Federal Rules of Civil Procedure by first class mail, postage prepaid or by electronic mail from the clerk of the court on the 25th day of July 2006.

                                        s/Roger S. Braugh, Jr.
                                        Roger S. Braugh, Jr.