UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE QUAILES, DONALD WAYNE QUAILES AND NATASHA QUAILES | § § § § | |
| Plaintiffs | § § | |
| V. | § § | CIVIL ACTION NO. 05-531 |
| COOPER TIRE & RUBBER COMPANY | § § § | |
| Defendant. | § | JURY |

## FINAL JUDGMENT

This case came before the Court for a final adjudication, the full names of the parties being as follows: Plaintiffs Maria Guadalupe Quailes, Donald Wayne Quailes, and Natasha Quailes (hereinafter "Plaintiffs") and Defendant COOPER TIRE & RUBBER COMPANY (referred to herein as "Cooper" or "Defendant");

1. All parties above appeared, announced ready for trial, waived a trial by jury, and announced to the Court a settlement that would fully and finally resolve all claims, demands, and causes of action that have been or could have been brought in this case by the Plaintiffs against the Defendant, including all claims for injuries and damages received by the Plaintiffs because of the incident made the basis of this lawsuit.

2. The parties announced that the settlement was on a disputed claim, the Defendant having denied any liability to the Plaintiffs. The parties announced that the parties' agreement includes an agreement for the return of Confidential Materials defined in the Protective Order entered in this case and that such Confidential Materials produced by Cooper are being returned

to Cooper. The parties have requested from the Court a final judgment that the Plaintiffs take nothing from the Defendant.

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiffs Maria Guadalupe Quailes, Donald Wayne Quailes, and Natasha Quailes TAKE NOTHING by reason of this suit against the Defendant and that taxable costs of court shall be paid by the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Defendant is fully relieved and discharged from all liability for the incident made the basis of this lawsuit.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Plaintiffs are denied all relief against the Defendant not expressly granted by this Final Judgment, whether the relief was requested or whether it could have been requested in this lawsuit.

It is further ORDERED, ADJUDGED, and DECREED that all relief requested or which could possibly be requested by any of the parties hereto which is not herein specifically granted is denied.

SIGNED _____1-5-_____, 2007.

_____
PRESIDING JUDGE

**APPROVED AND AGREED TO:**

**SICO, WHITE AND BRAUGH, L.L.P.**

By:   <u>S/Roger S. Braugh, Jr.</u>
      Roger S. Braugh, Jr.
      State Bar No. 00796244
      Brantley W. White
      State Bar No. 00789722
      L. Matthew Dotin
      State Bar No. 007964811
      802 Carancahua, Suite 900
      Corpus Christi, Texas 78470
      (361) 653-3300 – Telephone
      (361) 653-3333 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**JOHNSON, SPALDING, DOYLE, WEST & TRENT, L.L.P.**

By:   *T. Christopher Trent* \*\*
      T. Christopher Trent
      State Bar No. 20209400    \* w/ permission
      Sherry Bankhead             S. Bankhead
      State Bar No. 24006791
      919 Milam, Suite 1700
      Houston, Texas 77002
      (713) 222-2323 – Telephone
      (713) 222-2226 – Facsimile

**ATTORNEYS FOR DEFENDANT,
COOPER TIRE & RUBBER COMPANY**